UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


DANIEL H. KING
                        Petitioner,
            v.                                          **Judgment in a Civil Case**
WARDEN TRACY JOHNS
                        Respondent.                     Case Number: 5:12-HC-2046-FL


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for preliminary review under 28 U.S.C. § 2243 in United States District Court.


**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on September 25, 2012, with service on:
Daniel H. King (via U.S. Mail)
02899-000
Butner Medium I - F.C.I.
P.O. Box 1000
Butner, NC 27509


September 25, 2012                        /s/ Julie A. Richards
                                          Clerk